**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **3:96-CR-256-K** |
| ) | **(3:05-CV-1477-K)** |
| **RODNEY BERNARD ALLEN, #28935-077,** ) | |
| **Defendant/Movant.** ) | |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED and that the motion for leave to amend the § 2255 motion based on newly discovered evidence filed on December 14, 2005, is DENIED.

Signed this  16th  day of January , 2006.


       s/Ed Kinkeade
       ED KINKEADE
       UNITED STATES DISTRICT JUDGE